JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C. (Bar No. 76950)
*rbk@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
*tmg@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for UMPQUA BANK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>XELAN PROP 1, LLC,<br><br>　　　　Debtors. | Case No. 2:19-bk-14626-NB<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**<br><br>Date:　　April 30, 2019<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 1545<br>　　　　　255 East Temple Street<br>　　　　　Los Angeles, CA |

**TO:    DEBTOR XELAN PROP 1, LLC, ALL CREDITORS AND OTHER PARTIES-IN-INTEREST:**

     **PLEASE TAKE NOTICE** that, pursuant to that certain Order Granting Application and Setting Hearing on Shortened Notice entered in this case on April 25, 2019 [Document No. 14] ("Order Shortening Notice"), a hearing in the Courtroom of the Honorable Neil W. Bason, United States Bankruptcy Judge, located in Courtroom 1545, 255 East Temple Street, Los Angeles, California, will take place with respect to Umpqua Bank's Motion to Dismiss Chapter 11 Case With Prejudice (the "Motion") on **April 30, 2019 at 2:00 p.m.** Pursuant to the Order Shortening Notice, any opposition to the Motion may be made orally at the hearing and any reply to any such opposition may be made orally at the hearing.

     **PLEASE TAKE FURTHER NOTICE** that Umpqua Bank, by and through the Motion, will, and does hereby, move the Court for an order dismissing the Chapter 11 case of XELAN Prop 1, LLC with prejudice.

     The Motion is based upon this notice of motion, 11 U.S.C. § 1112(b), Local Rules 1015-2(b)(3) and 9011-2(d) of the United States Bankruptcy Court for the Central District of California, the accompanying Memorandum of Points and Authorities and Declaration of Robert B. Kaplan, matters of which the Court has been requested to take judicial notice, all pleadings and records on file in this case, and upon such oral or written evidence as may be presented to the Court on or before the time of the hearing.

DATED: April 25, 2019

JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C.
THOMAS M. GEHER

By:   */s/ Robert B. Kaplan*
      ROBERT B. KAPLAN, ESQ.
    Attorneys for UMPQUA BANK