JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C. (Bar No. 76950)
*rbk@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
*tmg@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for UMPQUA BANK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>XELAN PROP 1, LLC,<br><br>        Debtors. | Case No. 2:19-bk-14626-NB<br><br>Chapter 11<br><br>**DECLARATION OF NOTICE AND SERVICE OF: (1) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE; (2) NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]; (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE [11 U.S.C. SECTION 1112b)]; AND (4) DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)] VOLUMES 1-6.**<br><br>Date:        April 30, 2019<br>Time:       2:00 p.m.<br>Place:      Courtroom 1545<br>             255 East Temple Street<br>             Los Angeles, CA |

## PROOF OF SERVICE

### In Re XELAN Prop 1, LLC
### 2:19-bk-14626 NB

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Two Embarcadero Center, 5th Floor, San Francisco, CA 94111-3813.

On April 25, 2019, I served true copies of the following document(s) described as

**ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**

**NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**VOLUME ONE, EXHIBITS 1 – 6 OF DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**VOLUME TWO, EXHIBIT 7, PART 1 OF DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**VOLUME THREE, EXHIBITS 7, PART 2 AND EXHIBIT 8 OF DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**VOLUME FOUR, EXHIBIT 9 OF DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**VOLUME FIVE, EXHIBITS 10 - 13 OF DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

**VOLUME SIX, EXHIBITS 14 - 16 OF DECLARATION OF ROBERT B. KAPLAN IN SUPPORT OF MOTION FOR ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**

as follows:

### SEE ATTACHED SERVICE LIST

DECLARATION OF NOTICE AND SERVICE OF: (1) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORT NOTICE, ETC.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 25, 2019, at San Francisco, California.

_____
Donna Schmidt

65774351v1

3

DECLARATION OF NOTICE AND SERVICE OF: (1) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORT NOTICE, ETC.

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- David J Cook - Cook@SqueezeBloodFromTurnip.com
- Thomas M Geher - tmg@jmbm.com, bt@jmbm.com; fc3@jmbm.com; tmg@ecf.inforuptcy.com
- Dare Law - dare.law@usdoj.gov, ron.maroko@usdoj.gov; Alvin.mar@usdoj.gov
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

**VIA OVERNIGHT DELIVERY FOR DELIVERY PRIOR TO 12:00 NOON ON APRIL 26, 2019**

Debtor
XELAN Prop 1, LLC
Attn: Officer or Managing/General Agent
458 Doheny Drive, #1889
Los Angeles, CA 90069

Petition Filer, in her Individual Capacity
A. Kihagi
c/o XELAN Prop 1, LLC
458 Doheny Drive, #1889
Los Angeles, CA 90069

United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Lin Dee Liu Services
41368 Danzon Court
Fremont, CA 94539-3869

David J. Cook
Cook Collection Attorneys, PLC
165 Fell Street
San Francisco, CA 94102-5106

CCSF
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

**VIA EXPRESS MAIL**

Umpqua Bank
Beverly Tengco
P.O. Box 1580
Roseburg, OR 97470-0367

65774351v1                                    4
DECLARATION OF NOTICE AND SERVICE OF: (1) ORDER GRANTING APPLICATION AND SETTING
HEARING ON SHORT NOTICE, ETC.

Umpqua Bank
P.O. Box 2216
Spokane, WA 99210

65774351v1

5

DECLARATION OF NOTICE AND SERVICE OF: (1) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORT NOTICE, ETC.