**Alfred J Verdi** SBN 101447
Verdi Law Group PC
29160 Heathercliff Rd #4133
Malibu, CA 90264
310-850-6695
Fax: 310-943-2486
Attorney for Debtor in Possession
Xelan Prop 1 LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE | Case No.: 2:19-bk-14626-NB<br>CHAPTER 11 |
| Xelan Prop 1 LLC | DECLARATION OF ALFRED J. VERDI IN OPPOSITION TO MOTION BY UMPQUA BANK TO DISMISS CHAPTER 11 FILED BY XELAN PROP 1, LLC |
| Debtor in Possession. | Date: April 30, 2019<br>Time: 2:00 PM<br>Crtrm: 1568, 110 East Temple Street, Los Angeles, CA 90012 |

Xelan Prop 1, LLC, Debtor in Possession, through its attorney of
record, Alfred J. Verdi, Verdi Law Group, P.C. hereby submits the
Declaration of Alfred J. Verdi in Opposition to Motion to Dismiss

filed by UMPQUA BANK and joined by the City and County of San Francisco.

I, Alfred J. Verdi declare as follows. I have reviewed the Pacer Docket in the case and the documents filed in this case.

Debtor in Possession filed the instant Chapter 11 Bankruptcy on April 23, 2019. The court immediately thereafter set an Order to Show Cause re: for debtor LLC filing case without an attorney. The hearing on the OSC is set for May 7, 2019 with a response to the OSC due by May 1, 2019. A substitution of attorney, substituting Alfred J. Verdi, Verdi Law Group in place of debtor in pro per is being filed simultaneously with this opposition. (See Exhibit A.)

Also, on April 24, 2019 an Application shortening time for setting hearing on Shortened Notice and Motion to Dismiss Debtor Chapter 11 Case with Prejudice were filed by Creditor UMPQUA Bank. The court granted Movant's Application for an Order shortening time and set the hearing on their Motion to Dismiss for April 30, 2019 at 2:00PM. The Court's order specifically required that Movant serve Debtor on or before noon on April 26, 2019 and to file a Proof of Service not later than 5:00PM on April 26, 2019. According to the Pacer Docket Movant has failed to file a Proof of Service. It is noted that Joinder City and County of San Francisco "CCSF" filed a document entitled "Certificate of Service Filed by Creditors City and County of San Francisco" as Pacer Docket number 26, however this would not satisfy the Court's Order for UMPQUA

Bank to file a Proof of Service, and even assuming arguendo,

CCSF's Proof of Service was intended for both UMPQUA and CCSF, the

document was not filed timely in that it was filed at 5:17PM and it

falls well short of being a Proof of Service in that it fails to

state who was served and when and where they were served and finally

it appears the Joinder was served but not the Motion to Dismiss. For

these reasons alone the Motion should be dismissed or at least be

heard on regular notice. In fact, it wasn't until 11:48 today, April

29, 2019 the day before the hearing an actual Proof of Service was

filed albeit, not by Movant, but by the Joinder. (See Exhibit B.)

It is also noted that Movant's actual motion is nearly 900

pages.

Finally, it is noted that the failure of debtor to be

represented by counsel was one of the bases for Movants Motion to

Dismiss. This was also the primary basis for the dismissal of the

Chapter 11 case filed in the Northern District of California. Debtor

has cured that defect.

I declare under penalty of perjury that the foregoing is true

ad correct and if called to testify I would and could do

competently. This declaration was executed on the 29th day of April

at Malibu, California.

_____
Alfred J. Verdi, Esq., Declarant

- 3

# EXHIBIT A

<table>
<tr><td>

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Alfred J. Verdi**
**29160 Heathercliff Rd**
**Malibu, CA  90264-1083**
**Phone: (310) 850-6695  Fax:**
**Email: verdilawgroup@live.com**
**Bar Number: 101447**

*Attorney for* **Xelan Prop 1, LLC**

</td><td>

FOR COURT USE ONLY

</td></tr>
</table>

**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

| In re :<br>**Xelan Prop 1, LLC**<br><br>Debtor (s). | CASE NO: **2:19-bk-14626-NB**<br>ADVERSARY NO:<br>(*if applicable*)<br>CHAPTER **11** |
|---|---|
| <br><br><br>Plaintiff(s).<br><br>vs.<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1.  The name(s) of the party(ies) making this Substitution of Attorney (specify):

Xelan Prop 1, LLC, in pro per

2.  The name, address, telephone number, and email address of the new attorney are (specify):

**Alfred J. Verdi, Esq.  29160 Heathercliff Rd, Malibu, CA  90264-1083**
**Phone:(310) 850-6695**
**Email: verdilawgroup@live.com**

3.  New attorney hereby appears in the following matters: [X  ] the bankruptcy case [   ] the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.   The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*):


Date: **April 29, 2019**

_____                           _____
Signature of party                                                             Signature of second party (if applicable)


*Xelan Prop 1, LLC, in pro*
*per by Anna Kihagi,*
*Manager*
_____                           _____
Printed name of party                                                      Printed name of second party (if applicable)


_____                           _____
Signature of third party (if applicable)                          Signature of fourth party (if applicable)


_____                           _____
Printed name of third party (if applicable)                     Printed name of fourth party (if applicable)


I consent to the above substitution.

Date: **April 29, 2019**

_____
Signature of present attorney
Xelan Prop 1, LLC, in pro per by
Anna Kihagi, Manager
_____
Printed name of present attorney


I am duly admitted to practice in this district. The above substitution is accepted.

Date: _4/29/2019_____

_____
Signature of new attorney

*Alfred J. Verdi, Esq.*
_____
Printed name of new attorney


**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page  2                          **F 2091-1.SUBSTITUTION.ATTY**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Alfred J. Verdi, Esq. 29160 Heathercliff Rd, Malibu, CA 90264-1083

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and  **(b)** in the manner stated below:

**1.TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/29/2019              , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

City and County of San Francisco c/o David J. Cook, Esq. cook@cookcollectionattorneys.com
David J Cook Cook@SqueezeBloodFromTurnip.com
Thomas M Geher tmg@jmbm.com
Robert B Kaplan rbk@jmbm.com
Dare Law Office of U.S. Trustee dare.law@usdoj.gov
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

[  ] Service information continued on attached page

**2.SERVED BY UNITED STATES MAIL**:
On (*date*) 4/30/2019              , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge  will be completed no later than 24 hours after the document is filed.

XELAN Prop 1, LLC
458 Doheny Dr., #1889
Los Angeles, CA 90069

[  ] Service information continued on attached page

**3.SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)              , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge  will be completed no later than 24 hours after the document is filed.

[  ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 29, 2019 | Alfred J. Verdi, Esq | |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT B

1 **DAVID J. COOK, ESQ. (State Bar # 060859)**
**COOK COLLECTION ATTORNEYS**
2 **A PROFESSIONAL LAW CORPORATION**
165 Fell Street, San Francisco, CA  94102-5106
3 P.O. Box 270, San Francisco, CA  94104-0270
Telephone: (415) 989-4730
4 Facsimile: (415) 989-0491
Email: Cook@cookcollectionattorneys.com
5 File No. 57,290

6 Attorneys for Creditors
CITY AND COUNTY OF SAN FRANCISCO AND
7 THE PEOPLE OF THE STATE OF CALIFORNIA BY AND
THROUGH DENNIS HERRERA, CITY ATTORNEY FOR
8 THE CITY AND COUNTY OF SAN FRANCISCO

9

10                        UNITED STATES BANKRUPTCY COURT

11                        CENTRAL DISTRICT OF CALIFORNIA

12                            LOS ANGELES DIVISION

13 In re                                )    CASE NO.  2:19-bk-14626 NB
                                         )
   XELAN PROP 1, LLC,                    )    CERTIFICATE OF SERVICE
14                                       )
                Debtor.                  )    Date:   April 30, 2019
15                                       )    Time:   2:00 p.m.
                                         )    Courtroom: 1545
16                                       )    Judge:  Hon. NEIL W. BASON
                                         )
17                                       )
                                         )
18 _____      )

19    UMPQUA BANK
      c/o Robert Kaplan, Esq.
20    Jeffer, Mangels, Butler & Mitchell
      Two Embarcadero Center, Fifth Floor
21    San Francisco, CA 94111
      *Via ECF*
22

23    UMPQUA BANK
      c/o Thomas Geher, Esq.
24    Jeffer, Mangels, Butler & Mitchell
      1900 Avenue of the Stars, 7th Floor
25    Los Angeles, CA 90067
      *Via ECF*
26

27

28

CERTIFICATE OF SERVICE                                                    1

1    LIN DEE LIU SERVICES
     41368 Danzon Court
2    Fremont, CA 94539
     *Via email to:* lindeeliu@comcast.net
3
     UNITED STATES TRUSTEE
4    915 Wilshire Blvd., Suite 1850
     Los Angeles, CA 90017
5    *Via Personal Service - process server certificate of service forthcoming*

6    XELAN PRO 1, LLC
     c/o Legalzoom.com, Inc.
7    C/o United States Corporation Agents
     101 North Brand Blvd., 11th Floor
8    Glendale, CA 91203
     *Via Personal Service - process server certificate of service forthcoming*
9

10   I declare:

11          I am employed in the County of San Francisco, California. I am over the age of eighteen
     (18) years and not a party to the within cause. My business address is 165 Fell Street, San
12   Francisco, CA 94102. On the date set forth below, I served the attached:

13          JOINDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
            JOINDER TO MOTION BROUGHT BY UMPQUA BANK TO DISMISS CHAPTER 11
14          FILED BY XELAN PROP 1, LLC

15          DECLARATION OF PETER J. KEITH, ESQ. IN SUPPORT OF JOINDER TO MOTION
            BROUGHT BY UMPQUA BANK TO DISMISS CHAPTER 11 FILED BY XELAN
16          PROP 1, LLC AND REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL
            EVIDENCE RULE 402
17
            DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF JOINDER TO MOTION
18          BROUGHT BY UMPQUA BANK TO DISMISS CHAPTER 11 FILED BY XELAN
            PROP 1, LLC AND REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL
19          EVIDENCE RULE 402

20
     on the above-named persons as described above.
21

22   I declare under penalty of perjury that the foregoing is true and correct.

23          Executed on April 26, 2019 at San Francisco, California.

24

25                                          _/s/ David J. Cook_____
26                                          David J. Cook

27

28

CERTIFICATE OF SERVICE                                                  2

1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **COOK COLLECTION ATTORNEYS**
2  **A PROFESSIONAL LAW CORPORATION**
   165 Fell Street, San Francisco, CA  94102-5106
3  P.O. Box 270, San Francisco, CA  94104-0270
   Telephone: (415) 989-4730
4  Facsimile: (415) 989-0491
   Email: Cook@cookcollectionattorneys.com
5  File No. 57,290

6  Attorneys for Creditors
   CITY AND COUNTY OF SAN FRANCISCO AND
7  THE PEOPLE OF THE STATE OF CALIFORNIA BY AND
   THROUGH DENNIS HERRERA, CITY ATTORNEY FOR
8  THE CITY AND COUNTY OF SAN FRANCISCO

9

                    UNITED STATES BANKRUPTCY COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                       LOS ANGELES DIVISION
12
   In re                          )   CASE NO.  2:19-bk-14626 NB
13                                 )
        XELAN PROP 1, LLC,         )   CERTIFICATES OF PERSONAL SERVICE
14                                 )   ON XELAN PROP 1, LLC AND THE UNITED
            Debtor.                )   STATES TRUSTEE
15                                 )
                                   )   Date:   April 30, 2019
16                                 )   Time:   2:00 p.m.
                                   )   Courtroom: 1545
17                                 )   Judge:  Hon. NEIL W. BASON
                                   )
18  _____)

19

20

21

22

23

24

25

26

27

28

CERTIFICATES OF SERVICE                                          1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Cook Collection Attorneys<br>165 Fell St<br><br>San Francisco        CA        94102 | | (415) 989-4730 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
IN RE XELAN PROP 1, LLC.,

| 3497747 | (HEARING) Date | Time | Dept | Case Number:<br>2:19-BK-14626NB |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>57290 |

### PROOF OF SERVICE C.C.P. 1011

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE
   ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626
   ON:            4/26/2019 AT    11:39:00 AM

2. I DELIVERED A TRUE COPY OF THE:

   JOINDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
   JOINDER TO MOTION BROUGHT BY UMPQUA BANK TO DISMISS CHAPTER 11
   FILED BY XELAN PROP 1, LLC PROPERTY); DECLARATION OF PETER J.
   KEITH, ESQ. IN SUPPORT OF JOINDER TO MOTION BROUGHT BY UMPQUA
   BANK TO DISMISS CHAPTER 11 FILED BY XELAN PROP 1, LLC PROPERTY
   AND REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL EVIDENCE RULE 402;
   SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS;

   IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
   PARTY SERVED:  Xelan Property 1, LLC

                  c/o c/o Legalzoom.com Inc.
                  c/o United States Corporation Agents

   PERSON RECEIVING COPIES: Melanie Sandoval, Agent Authorized To Receive

   ADDRESS:    101 North Brand Blvd., 11th Floor
               Glendale            CA        91203

   (BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES
   OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN
   CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND
   5:00PM.

| 7a. Person Serving:    Jimmy        Santamaria<br><br>b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626<br><br>c. (714) 662-5555 | d. The fee for service was            $94.95<br>e. I am:<br><br>(1)     not a registered California process server:<br>(3) X   registered California process server:<br>(i) Employee<br>(i) Registration No:                  434<br>(i) County:    OC/LA |
|---|---|

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.    Jimmy        Santamaria

4/29/2019

X _____
                                    SIGNATURE

### PROOF OF SERVICE



| SHORT TITLE: IN RE: XELAN PROP 1, LLC | CASE NUMBER: 2:19BK14626NB |
|---|---|

1             ATTACHMENT PAGE TO PROOF OF SERVICE

2

3  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF JOINDER TO MOTION BROUGHT

4  BY UMPQUA BANK TO DISMISS CHAPTER 11 FILED BY XELAN PROP 1, LLC PROPERTY

5  AND REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL EVIDENCE RULE 402;

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.     Page _____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Cook Collection Attorneys<br>165 Fell St<br><br>San Francisco      CA      94102 | | (415) 989-4730 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**IN RE XELAN PROP 1, LLC.,**

| 3497747.01 | (HEARING) Date | Time | Dept | Case Number:<br>2:19-BK-14626NB |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>57290 |

### PROOF OF SERVICE C.C.P. 1011

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE
   ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626
   ON:              4/26/2019 AT    11:32:00 AM

2. I DELIVERED A TRUE COPY OF THE:

   JOINDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
   JOINDER TO MOTION BROUGHTBY UMPQUA BANK TO DISMISS CHAPTER 11
   FILED BY XELAN PROP 1, LLC PROPERTY); DECLARATION OF PETER J.
   KEITH, ESQ. IN SUPPORT OF JOINDER TO MOTION BROUGHT BY UMPQUA
   BANK TO DISMISS CHAPTER 11 FILED BY XELAN PROP 1, LLC PROPERTY
   AND REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL EVIDENCE RULE 402;
   SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS;

   IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
   PARTY SERVED:  United States Trustee (LA)

   PERSON RECEIVING COPIES: Jane Doe=clerk=received Stamp On Buck Slip
                           Female, African American, Brown hair, early 50's, 5'4", 150 lbs
   ADDRESS:      915 WILSHIRE BLVD STE 1850
                 LOS ANGELES      CA     -     90017

   (BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES
   OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN
   CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND
   5:00PM.

| | | |
|---|---|---|
| 7a. Person Serving:  Luis      Osuna | d. The fee for service was          $94.95<br>e. I am: | |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)      not a registered California process server:<br>(3) X   registered California process server:<br>(i) Employee | |
| c. (714) 662-5555 | (i) Registration No:                          434 | |
| 8. I declare under the penalty of perjury under the laws of the State of California that the<br>foregoing is true and correct.   Luis      Osuna<br>4/29/2019 | (i) County:   OC/LA<br><br>X<br>                              SIGNATURE | |

### PROOF OF SERVICE



| SHORT TITLE: IN RE: XELAN PROP 1, LLC | CASE NUMBER: 2:19BK14626NB |
|---|---|

ATTACHMENT PAGE TO PROOF OF SERVICE

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF JOINDER TO MOTION BROUGHT BY UMPQUA BANK TO DISMISS CHAPTER 11 FILED BY XELAN PROP 1, LLC PROPERTY AND REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL EVIDENCE RULE 402;

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.    Page _____

PlnDue, DsclsDue, Incomplete

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:19-bk-14626-NB

*Date filed:* 04/23/2019
*341 meeting:* 06/03/2019
*Deadline for objecting to discharge:* 08/02/2019

*Assigned to:* Neil W. Bason
Chapter 11
Voluntary
Asset

**Debtor**
**XELAN Prop 1, LLC**
458 Doheny Dr., #1889
Los Angeles, CA 90069
LOS ANGELES-CA
Tax ID / EIN: 46-2882425

represented by **XELAN Prop 1, LLC**
PRO SE

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

represented by **Dare Law**
Office of the United States
Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017
213-894-4925
Fax : 213-894-2603
Email: dare.law@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/23/2019 | 1<br>(11 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual - Fee Amount: $1717.00; filed by XELAN Prop 1, LLC - List of Equity Security Holders due 5/7/2019. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 5/7/2019. Schedule A/B: Property (Form 106A/B or 206A/B) due 5/7/2019. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 5/7/2019. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 5/7/2019. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 5/7/2019. Schedule H: Your Codebtors (Form 106H or 206H) due 5/7/2019. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 5/7/2019. Statement of Financial Affairs (Form 107 or 207) due 5/7/2019. Corporate Resolution Authorizing Filing of Petition due 5/7/2019. Corporate Ownership Statement (LBR Form F1007-4) due by 5/7/2019. Statement of Related Cases (LBR Form F1015-2) due 5/7/2019. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due |

| | | |
|---|---|---|
| | | 5/7/2019. Incomplete filings due by 5/7/2019. (Milano, Sonny) (Entered: 04/23/2019) |
| 04/23/2019 | [3](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Geher, Thomas. (Geher, Thomas) (Entered: 04/23/2019) |
| 04/23/2019 | [4](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cook, David. (Cook, David) (Entered: 04/23/2019) |
| 04/23/2019 | | Receipt of Chapter 11 Filing Fee - $1717.00 by 71. Receipt Number 20234275. (admin) (Entered: 04/23/2019) |
| 04/24/2019 | [5](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kaplan, Robert. (Kaplan, Robert) (Entered: 04/24/2019) |
| 04/24/2019 | [6](#)<br>(3 pgs) | Order Directing Debtor and its Manager, A. Kihagi, to Appear and Show Cause Why Case Should Not Be Dismissed Due To Lack Of Attorney (BNC-PDF) (Related Doc # [1](#) ) Signed on 4/24/2019 (Milano, Sonny) (Entered: 04/24/2019) |
| 04/24/2019 | [7](#)<br>(2 pgs) | Order Setting (A) Principal Status Conference and (B) Procedures (BNC-PDF) (Related Doc # [1](#) ) Signed on 4/24/2019 (Milano, Sonny) (Entered: 04/24/2019) |
| 04/24/2019 | [8](#)<br>(2 pgs) | Notice to creditors (BNC-PDF) (Milano, Sonny). Related document(s) [7](#) Order (Generic) (BNC-PDF). (Entered: 04/24/2019) |
| 04/24/2019 | 9 | Hearing Set (related document #[6](#)) - Show Cause hearing to be held on 5/7/2019 at 01:00 PM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. The case judge is Neil W. Bason (Milano, Sonny) (Entered: 04/24/2019) |
| 04/24/2019 | 10 | Hearing Set (related document #[1](#)) - Status hearing to be held on 5/7/2019 at 01:00 PM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. The case judge is Neil W. Bason (Milano, Sonny) (Entered: 04/24/2019) |
| 04/24/2019 | [11](#) | Application shortening time *Setting Hearing on Shortened Notice* Filed by Creditor UMPQUA Bank, an Oregon corporation (Kaplan, Robert). Warning: Document was not flattened prior to filing. Attorney has refiled a document with correct pdf. [13](#). This entry has been restricted from the public view. Modified on 4/25/2019 (Ly, Lynn). (Entered: 04/24/2019) |
| 04/24/2019 | [12](#)<br>(861 pgs; 9 docs) | Motion to Dismiss Debtor *Chapter 11 Case With Prejudice* Filed by Creditor UMPQUA Bank, an Oregon corporation (Attachments: # [1](#) Memorandum of Points and Authorities # [2](#) Declaration of Robert B. Kaplan # [3](#) Exhibit Volume One of Exhibits # [4](#) Volume Two of Exhibits # [5](#) Volume Three |

| | | |
|---|---|---|
| | | of Exhibits # <u>6</u> Volume Four of Exhibits # <u>7</u> Volume Five of Exhibits # <u>8</u> Volume Six of Exhibits) (Kaplan, Robert) (Entered: 04/24/2019) |
| 04/25/2019 | <u>13</u><br>(13 pgs; 2 docs) | Amended Application (related document(s): <u>11</u> Application shortening time *Setting Hearing on Shortened Notice* filed by Creditor UMPQUA Bank, an Oregon corporation) Filed by Creditor UMPQUA Bank, an Oregon corporation (Attachments: # <u>1</u> Proposed Order) (Kaplan, Robert) (Entered: 04/25/2019) |
| 04/25/2019 | <u>14</u><br>(3 pgs) | Order Granting application and setting hearing on shortening notice....April 30, 2019 at 2:00 p.m. (BNC-PDF) (Related Doc # 11 ) Signed on 4/25/2019 (Sumlin, Sharon E.) (Entered: 04/25/2019) |
| 04/25/2019 | 15 | Hearing Set (RE: related document(s)<u>12</u> Dismiss Debtor filed by Creditor UMPQUA Bank, an Oregon corporation) The Hearing date is set for 4/30/2019 at 02:00 PM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. The case judge is Neil W. Bason (Sumlin, Sharon E.) (Entered: 04/25/2019) |
| 04/25/2019 | 16 | Notice to Filer of Correction Made/No Action Required: **Other - Document was not flattened prior to filing. Docket entry <u>13</u> is the correct entry. <span style="color:green">THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.</span>** (RE: related document(s)<u>11</u> Application shortening time filed by Creditor UMPQUA Bank, an Oregon corporation) (Sumlin, Sharon E.) (Entered: 04/25/2019) |
| 04/25/2019 | <u>17</u><br>(858 pgs; 10 docs) | Motion to Dismiss Debtor *Chapter 11 Case With Prejudice* Filed by Creditor UMPQUA Bank, an Oregon corporation (Attachments: # <u>1</u> Memorandum of Points and Authorities # <u>2</u> Declaration of Robert B. Kaplan # <u>3</u> Volume One of Exhibits # <u>4</u> Volume Two of Exhibits # <u>5</u> Volume Three of Exhibits # <u>6</u> Volume Four of Exhibits # <u>7</u> Volume Five of Exhibits # <u>8</u> Volume Six of Exhibits # <u>9</u> Declaration of Notice and Service) (Kaplan, Robert)CORRECTION: Incorrect event code. This is the Notice of Motion and Motion to dismiss chapter 11 case. (Related to docket entry <u>12</u>) Modified on 4/25/2019 (Sumlin, Sharon E.). (Entered: 04/25/2019) |
| 04/25/2019 | <u>18</u><br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/3/2019 at 09:00 AM at RM 7, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. Last day to oppose discharge or dischargeability is 8/2/2019. (Ventura, Olivia) (Entered: 04/25/2019) |
| 04/25/2019 | <u>19</u><br>(2 pgs) | Request for special notice Filed by Creditors People of the State of California, City and County of San Francisco. |

| | 20 | Notice to Filer of Correction Made/No Action Required: **Other - Incorrect Event Code Used. The correct event should have been Notice of Motion.** <span style="color:green">**THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.**</span> (RE: related document(s)17 Dismiss Debtor filed by Creditor UMPQUA Bank, an Oregon corporation) (Sumlin, Sharon E.) (Entered: 04/25/2019) |
| 04/25/2019 | | |
| 04/25/2019 | 21 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor XELAN Prop 1, LLC) No. of Notices: 1. Notice Date 04/25/2019. (Admin.) (Entered: 04/25/2019) |
| 04/25/2019 | 22 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor XELAN Prop 1, LLC) No. of Notices: 1. Notice Date 04/25/2019. (Admin.) (Entered: 04/25/2019) |
| 04/26/2019 | 23 (8 pgs) | Memorandum of points and authorities *Joinder and Memorandum of Points and Authorities in Support of Joinder to Motion Brought by Umpqua Bank to Dismiss Chapter 11 Filed by Xelan Prop 1, LLC* Filed by Creditors City and County of San Francisco, People of the State of California. (Cook, David) (Entered: 04/26/2019) |
| 04/26/2019 | 24 (70 pgs) | Declaration re: *Declaration of Peter J. Keith, Esq. in Support of Joinder to Motion Brought by Umpqua Bank to Dismiss Chapter 11 Filed by Xelan Prop 1, LLC and Request for Judicial Notice Under Federal Evidence Rule 402* Filed by Creditors City and County of San Francisco, People of the State of California (RE: related document(s)12 Motion to Dismiss Debtor *Chapter 11 Case With Prejudice*, 17 Motion to Dismiss Debtor *Chapter 11 Case With Prejudice*, 23 Memorandum of points and authorities). (Cook, David) (Entered: 04/26/2019) |
| 04/26/2019 | 25 (45 pgs) | Declaration re: *Declaration of David J. Cook, Esq. in Support of Joinder to Motion Brought by Umpqua Bank to Dismiss Chapter 11 Filed by Xelan Prop 1, LLC and Request for Judicial Notice Under Federal Evidence Rule 402* Filed by Creditors City and County of San Francisco, People of the State of California (RE: related document(s)12 Motion to Dismiss Debtor *Chapter 11 Case With Prejudice*, 17 Motion to Dismiss Debtor *Chapter 11 Case With Prejudice*, 23 Memorandum of points and authorities, 24 Declaration). (Cook, David) (Entered: 04/26/2019) |
| 04/26/2019 | 26 (2 pgs) | Certificate of Service Filed by Creditors City and County of San Francisco, People of the State of California (RE: related document(s)23 Memorandum of points and authorities, 24 |

Declaration, 25 Declaration). (Cook, David) (Entered: 04/26/2019)

| | | |
|---|---|---|
| 04/26/2019 | 27 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)8 Notice to creditors (BNC-PDF)) No. of Notices: 5. Notice Date 04/26/2019. (Admin.) (Entered: 04/26/2019) |
| 04/26/2019 | 28 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)6 Order to Show Cause (BNC-PDF)) No. of Notices: 1. Notice Date 04/26/2019. (Admin.) (Entered: 04/26/2019) |
| 04/26/2019 | 29 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)7 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 04/26/2019. (Admin.) (Entered: 04/26/2019) |
| 04/27/2019 | 30 (3 pgs) | BNC Certificate of Notice (RE: related document(s)18 Meeting of Creditors Chapter 11) No. of Notices: 4. Notice Date 04/27/2019. (Admin.) (Entered: 04/27/2019) |
| 04/27/2019 | 31 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)14 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 04/27/2019. (Admin.) (Entered: 04/27/2019) |
| 04/29/2019 | 32 (5 pgs) | Certificate of Service *Certificates of Personal Service on Xelan Prop 1, LLC and the United States Trustee* Filed by Creditors City and County of San Francisco, People of the State of California (RE: related document(s)12 Motion to Dismiss Debtor *Chapter 11 Case With Prejudice*, 17 Motion to Dismiss Debtor *Chapter 11 Case With Prejudice*, 23 Memorandum of points and authorities, 24 Declaration, 25 Declaration, 26 Certificate of Service). (Cook, David) (Entered: 04/29/2019) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/29/2019 18:03:49 | | |
| **PACER Login:** | verdilawgroup:2509081:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-bk-14626-NB Fil or Ent: filed From: 1/29/2019 To: 4/29/2019 Doc From: 0 Doc To: 99999999 Term: included |

| | | | Format html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

29160 Heathercliff Rd #4133
Malibu, CA 90264

A true and correct copy of the foregoing document entitled (*specify*): _____
**DECLARATION OF ALFRED J. VERDI IN OPPOSITION TO MOTION BY UMPQUA BANK TO
DISMISS CHAPTER 11 FILED BY XELAN PROP 1, LLC**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
  4/29/2019    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

City and County of San Francisco c/o David J. Cook, Esq. cook@cookcollectionattorneys.com David J Cook
Cook@SqueezeBloodFromTurnip.com Thomas M Geher tmg@jmbm.com Robert B Kaplan rbk@jmbm.com
Dare Law Office of U.S. Trustee dare.law@usdoj.gov United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)    4/29/2019    , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

XELAN Prop 1, LLC
458 Doheny Dr., #1889
Los Angeles, CA 90069

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/29/2019 | Alfred J. Verdi | *[signature]* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.