| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert B.Kaplan (SBN: 76950)<br>  rbk@jmbm.com<br>Neil C. Erickson (SBN: 108352)<br>  nce@jmbm.com<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 398-8080<br>Facsimile:   (415) 398-5584 | |
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* UMPQUA BANK | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>XELAN PROP 1, LLC<br><br><br><br>                            Debtor(s) | CASE NO.: 2:19-BK-14626-NB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION TO DISMISS CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]** |

PLEASE TAKE NOTE that the order titled <u>Order Granting Motion to Dismiss Chapter 11 Case With Prejudice [11 U.S.C. Section 1112(b)]</u> was lodged on <u>May 1, 2019</u> and is attached.  This order relates to the motion which is docket number <u>17</u>.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**EXHIBIT A**

JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C. (Bar No. 76950)
*rbk@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
*tmg@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for UMPQUA BANK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-14626-NB |
| XELAN PROP 1, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]** |
| | Date:       April 30, 2019<br>Time:       2:00 p.m.<br>Place:      Courtroom 1545<br>              255 East Temple Street<br>              Los Angeles, CA |

On April 30, 2019, pursuant to that certain Order Granting Application and

Setting Hearing on Shortened Notice entered in this case on April 25, 2019 [Document No. 14],

1  the Motion of Umpqua Bank (the "Bank") to Dismiss Chapter 11 Case With Prejudice [11

2  U.S.C. Section 1112(b)] (the "Motion") came on for hearing, on shortened time, before the

3  Honorable Neil W. Bason, United States Bankruptcy Judge presiding. Thomas M. Geher, Esq.

4  of Jeffer Mangels Butler & Mitchell LLP appeared for the Bank and other appearances were as

5  noted in the record.    The Court, having read and considered the Motion, the Joinder to the

6  Motion filed by the City and County of San Francisco and the People of the State of California

7  (the "Joinder") and all other papers filed in support of the Joinder, the Declaration of Alfred J.

8  Verdi in Opposition to Motion to Dismiss Chapter 11 filed by XELAN Prop 1, LLC, the

9  testimony of Anna Kihagi at the hearing, and the arguments of counsel; and the Court finding

10  that notice and service of the Motion and the hearing thereon was proper under the

11  circumstances; for the reasons set forth in the Tentative Ruling issued by this Court on April 30,

12  2019 , a true and correct copy of which is attached hereto as Exhibit 1 (the "Tentative Ruling")

13  and the Findings of Fact and Conclusions of Law stated by the Court on the record at the

14  conclusion of the hearing pursuant to Federal Rule of Bankruptcy Procedure 7052, and good

15  cause appearing therefor:

16        IT IS HEREBY ORDERED as follows:

17        1.    The Motion is granted and this bankruptcy case filed by the Debtor

18  XELAN Prop 1, LLC is hereby dismissed with prejudice with a permanent bar to being a debtor

19  in bankruptcy (unless and until otherwise ordered by the Court) and with the concurrent bar (for

20  the first 180 days) under 11 U.S.C. § 109(g)(1);

21        2.    The automatic stay of 11 U.S.C. Section 362 arising from any future

22  bankruptcy case filed by the Debtor XELAN Prop 1, LLC shall be without force or effect

23  including, but not limited to, as to the Debtor XELAN Prop 1, LLC's interest in the real property

24  commonly known as 4018-4022 19th Street, San Francisco; and

25        3.    This Order made by this Court at the hearing held on April 30, 2019 is

26  effective as of that date.

27        ###

28

65776999v4

2

ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE WITH PREJUDICE

# EXHIBIT 1

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, April 30, 2019**                                    Hearing Room    1545

---

2:00 PM
**2:19-14626    XELAN Prop 1, LLC**                                    Chapter 11

#9.00    Hrg re:  Motion for Order Dismissing Chapter 11
         Case with Prejudice

Docket        12

**Tentative Ruling:**

Appearances required but telephonic appearances are encouraged if
advance arrangements are made (*see* www.cacb.uscourts.gov, "Judges,"
"Bason, N.", "Instructions/Procedures").

*Proposed order:* Movant is directed to lodge a proposed order via LOU within
7 days after the hearing date, and attach a copy of this tentative ruling,
thereby incorporating it as this Court's final ruling, subject to any changes
ordered at the hearing.  *See* LBR 9021-1(b)(1)(B).

The tentative ruling is to grant the motion (dkt. 17) and dismiss this
case with a permanent bar to being a debtor in bankruptcy (unless and until
otherwise ordered by this Court) and with a concurrent bar (for the first 180
days) under 11 U.S.C. 109(g)(1).  *See* 11 U.S.C. § 105(a), 109(g)(1), 349(a),
1307(a); *and see In re Glover*, 537 Fed.Appx. 741 (9th Cir. 2013) (affirming
dismissal with a five-year bar to refiling under 11 U.S.C. § 105(a)); *In re
Leavitt*, 171 F.3d 1219 (9th Cir. 1999) (affirming dismissal with prejudice
based upon a finding of bad faith).
        The reasons are as stated in the motion and in the joinder (dkt. 23-25)
and because, given the appointment of a receiver over the subject property
(dkt. 12-5, Ex. 8, at pp. 323-33) and the associated facts and circumstances,
including the grounds for such appointment, and Debtor's prior bankruptcy
case, it appears there is no realistic expectation of turnover by the receiver
(11 U.S.C. 543) and no apparent purpose to this bankruptcy case.

If appearances are not required at the start of this tentative ruling but you
wish to dispute the tentative ruling, or for further explanation of "appearances
required/are not required," please see Judge Bason's Procedures (posted at
www.cacb.uscourts.gov) then search for "tentative rulings."  If appearances
are required, and you fail to appear without adequately resolving this matter
by consent, then you may waive your right to be heard on matters that are
appropriate for disposition at this hearing.

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, April 30, 2019                                    Hearing Room    1545

2:00 PM
CONT...        XELAN Prop 1, LLC                                    Chapter 11

| Party Information |
|---|

**Debtor(s):**

    XELAN Prop 1, LLC                    Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Two Embarcadero Center, 5th Floor, San Francisco, CA  94111

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION TO DISMISS CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 1, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**David J Cook**      Cook@SqueezeBloodFromTurnip.com
**Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
**Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Alfred J Verdi**    verdilawgroup@live.com, al@verdilaw.com,g13639@notify.cincompass.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) May 1, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Neil, Bason, Presiding**
**United States Bankruptcy Court, Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1552 / Courtroom 1545**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 1, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
**Boris Treyzon, Esq.**
**Abir Cohn Treyzon Salo, LLP**
**1901 Avenue of the Stars, Suite 935**
**Los Angeles, CA  90067**
**btreyzon@actslaw.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/1/2019 | Donna Schmidt | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.