JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C. (Bar No. 76950)
rbk@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
tmg@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for UMPQUA BANK

**FILED & ENTERED**

**MAY 01 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** milano **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>XELAN PROP 1, LLC,<br><br>　　　　Debtor. | Case No. **2:19-bk-14626-NB**<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE WITH PREJUDICE [11 U.S.C. SECTION 1112(b)]**<br><br>Date:　　　April 30, 2019<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom 1545<br>　　　　　　255 East Temple Street<br>　　　　　　Los Angeles, CA |

　　　　On April 30, 2019, pursuant to that certain Order Granting Application and Setting Hearing on Shortened Notice entered in this case on April 25, 2019 [Document No. 14],

the Motion of Umpqua Bank (the "Bank") to Dismiss Chapter 11 Case With Prejudice [11 U.S.C. Section 1112(b)] (the "Motion") (dkt. 12 & 17) came on for hearing, on shortened time, before the Honorable Neil W. Bason, United States Bankruptcy Judge presiding. Thomas M. Geher, Esq. of Jeffer Mangels Butler & Mitchell LLP appeared for the Bank and other appearances were as noted in the record.    The Court, having read and considered the Motion, the Joinder to the Motion filed by the City and County of San Francisco and the People of the State of California (the "Joinder") and all other papers filed in support of the Joinder (dkt. 23-25), the Declaration of Alfred J. Verdi (dkt. 34) in Opposition to Motion to Dismiss Chapter 11 filed by XELAN Prop 1, LLC, the other filed papers in this case, the testimony of Debtor's principal Anna Kihagi at the hearing, and the arguments of counsel; and the Court finding that notice and service of the Motion and the hearing thereon was proper under the circumstances; for the reasons set forth in the Tentative Ruling issued by this Court on April 30, 2019, a true and correct copy of which is attached hereto as Exhibit 1 (the "Tentative Ruling") and the Findings of Fact and Conclusions of Law stated by the Court on the record at the conclusion of the hearing pursuant to Federal Rule of Bankruptcy Procedure 7052, and good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1.    The Motion is granted and this bankruptcy case filed by the Debtor XELAN Prop 1, LLC is hereby dismissed with prejudice with a permanent bar to being a debtor in bankruptcy (unless and until otherwise ordered by the Court) and with the concurrent bar (for the first 180 days) under 11 U.S.C. § 109(g)(1);

2.    The automatic stay of 11 U.S.C. Section 362 arising from any future bankruptcy case filed by the Debtor XELAN Prop 1, LLC shall be without force or effect including, but not limited to, as to the Debtor XELAN Prop 1, LLC's interest in the real property commonly known as 4018-4022 19th Street, San Francisco; and

///

1 ///

2       3.    This Order made <u>orally</u> by this Court at the hearing held on April 30, 2019
3 is effective as of that date.

4 ###

24 Date: May 1, 2019

                                              */s/ Neil W. Bason*
                                              Neil W. Bason
                                              United States Bankruptcy Judge

United States Bankruptcy Court
Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, April 30, 2019            Hearing Room    1545

2:00 PM
2:19-14626    XELAN Prop 1, LLC                         Chapter 11

    #9.00    Hrg re: Motion for Order Dismissing Chapter 11
               Case with Prejudice

                        Docket     12

**Tentative Ruling:**

     <u>Appearances required</u> but telephonic appearances are encouraged <u>if</u> advance arrangements are made (*see* www.cacb.uscourts.gov, "Judges," "Bason, N.", "Instructions/Procedures").

     *Proposed order:* Movant is directed to lodge a proposed order via LOU within 7 days after the hearing date, and attach a copy of this tentative ruling, thereby incorporating it as this Court's final ruling, subject to any changes ordered at the hearing. *See* LBR 9021-1(b)(1)(B).

        The tentative ruling is to grant the motion (dkt. 17) and dismiss this case with a permanent bar to being a debtor in bankruptcy (unless and until otherwise ordered by this Court) and with a concurrent bar (for the first 180 days) under 11 U.S.C. 109(g)(1). *See* 11 U.S.C. § 105(a), 109(g)(1), 349(a), 1307(a); *and see In re Glover*, 537 Fed.Appx. 741 (9th Cir. 2013) (affirming dismissal with a five-year bar to refiling under 11 U.S.C. § 105(a)); *In re Leavitt*, 171 F.3d 1219 (9th Cir. 1999) (affirming dismissal with prejudice based upon a finding of bad faith).
        The reasons are as stated in the motion and in the joinder (dkt. 23-25) and because, given the appointment of a receiver over the subject property (dkt. 12-5, Ex. 8, at pp. 323-33) and the associated facts and circumstances, including the grounds for such appointment, and Debtor's prior bankruptcy case, it appears there is no realistic expectation of turnover by the receiver (11 U.S.C. 543) and no apparent purpose to this bankruptcy case.

     If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings." If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, April 30, 2019**                                                                                                           **Hearing Room**   **1545**

2:00 PM
CONT...       XELAN Prop 1, LLC                                                                                                               Chapter 11

| Party Information |
|---|

**Debtor(s):**

   XELAN Prop 1, LLC                             Pro Se