# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
XELAN Prop 1, LLC

**BANKRUPTCY NO.** 2:19−bk−14626−NB

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  N/A
**Employer Tax−Identification (EIN) No(s).(if any):**  46−2882425
**Debtor Dismissal Date:** 5/1/19

**Address:**
458 Doheny Dr., #1889
Los Angeles, CA 90069

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

ORDER DISMISSING CASE WITH PREJUDICE ENTERED
05/01/2019

Dated: May 1, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**38 / SMZ**